Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Robert J. McCarthy  v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Robert J. McCarthy
                                     Name of party

I am, or the party I represent is (select one):

[✓] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant

[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Paula Dinerstein |
| Law firm: | Public Employees for Environmental Responsibility |
| Address: | 2000 P St. N.W. Suite 240 |
| City, State and ZIP: | Washington, D.C. 20036 |
| Telephone: | 202-265-7337 |
| Fax #: | 202-265-4192 |
| E-mail address: | pdinerstein@peer.org |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 5, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/18/14
Date

*Paula Dinerstein*
Signature of pro se or counsel

cc: Clerk, MSPB; Commissioner, USIBWC;

123